UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LINA YANNI,

                                Plaintiff,

       -against-                             COMPLAINT

                                     Case No.

THE UNITED STATES DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE,

                        Defendant.       Jury Trial:  [ ] yes   [X] no

------------------------------------------------------------------------x

    1.     This is an action brought under the Internal Revenue Code to obtain a refund for the overpayment by Plaintiff of Federal gift taxes.

    2.     This court has jurisdiction over this action pursuant to USC § 1331.

    3.     Venue is proper in this district pursuant to USC § 1396.

    4.     Plaintiff is a resident of the County of Westchester and State of New York.

    5.     Defendant Department of the Treasury Internal Revenue Service ("IRS") is an agency of the United States.

    6.     On or about October 21, 2004 plaintiff filed with defendant Form 709 United States Gift Tax Return for calendar year 2003 and sought a refund of gift taxes previously paid in the sum of $128,764.00 together with applicable interest.

    7.     On or about December 9, 2005 defendant IRS notified plaintiff that plaintiff's claim for a refund was being disallowed, allegedly for not meeting the guidelines of Internal Revenue Code 6511(a).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

8.    On or about January 6, 2006 plaintiff notified defendant that plaintiff was administratively appealing the disallowance of the claim.

9.    The appeals office of defendant IRS reviewed the claim of plaintiff and on or about December 18, 2006 advised the attorney for plaintiff that it was not reconsidering its disallowance of plaintiff's claim.

10.    The claim for a refund is the result of gift taxes paid by plaintiff in connection with the United States Gift Tax Return for calendar year 1988 in the total sum of $129,342.20 less gift tax owed in 2003 in the sum of $578.00 resulting in a net overpayment of $128,764.00. A copy of the gift tax return for 2003 and schedules filed on or about October 21, 2004 are collectively annexed hereto as Exhibit "A".

11.    Plaintiff is entitled to a refund pursuant to Internal Revenue Code Section 2505(a) which for calendar years in and after 2002 increased the unified gift credit to $1,000,000.00 from the $600,000.00 unified gift credit that was in effect in 1988 when plaintiff paid the additional gift taxes.

12.    Internal Revenue Code Section 2505(a) requires as an adjustment to the unified gift credit a calculation of gifts made in all prior tax periods and likewise requires a refund to the extent an overpayment of gift taxes has been made on a cumulative basis for all prior tax periods.

13.    Plaintiff has exhausted its administrative remedies with defendant IRS.

WHEREFORE, plaintiff prays that this court:

1.    Takes jurisdiction of this cause;

2.    Orders defendant to refund to plaintiff the sum of $128,764.00 together with applicable statutory interest;

3.    Awards plaintiff her reasonable costs of litigation including attorney's fees;

4.    Grants plaintiff such other and further relief as to this court may seem just, proper and equitable.


Dated: December ___7___, 2007

                                          LAUTERBACH GARFINKEL
                                          DAMAST & HOLLANDER, LLP -
                                          Attorneys for Plaintiff



                                          Howard Garfinkel (HG/9733)
                                          35 East Grassy Sprain Road, Suite 301
                                          Yonkers, New York 10710
                                          (914) 779-2211



l:\legal2\Yanni v. IRS- Complaint

| Form **709** | **United States Gift (and Generation-Skipping Transfer) Tax Return** | OMB No. 1545-0020 |
|---|---|---|
| | (For gifts made during calendar year 2003) | |
| Department of the Treasury Internal Revenue Service | ▶ **See separate instructions.** | **2003** |

**Part 1—General Information**

| 1 Donor's first name and middle initial LINA | 2 Donor's last name YANNI | 3 Donor's social security number 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 |
|---|---|---|
| 4 Address (number, street, and apartment number) 12 Fawn Lane | | 5 Legal residence (domicile) New York |
| 6 City, state, and ZIP code Armonk NY 10504 | | 7 Citizenship USA |

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death .............. | | |
| 9 | If you received an extension of time to file this Form 709, check here ▶ ☐ and attach the Form 4868, 2688, 2350, or extension letter . . . . . . . | | |
| 10 | Enter the total number of donees listed on Schedule A—count each person only once. ▶ 7 | | |
| 11 a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| 11 b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties.—Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. **If the answer is "No," skip lines 13-18 and go to Schedule A.)** . . . . . . . | | |
| 13 | Name of consenting spouse **14** SSN | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | | |
| 16 | If the answer to 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) . . | | |
| 18 | Consent of Spouse—I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ▶                    Date ▶

**Part 2—Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 ......... | 1 | 0 |
| 2 | Enter the amount from Schedule B, line 3 .......... | 2 | 1,001,409 |
| 3 | Total taxable gifts (add lines 1 and 2) ........... | 3 | 1,001,409 |
| 4 | Tax computed on amount on line 3 (see Table for Computing Tax in separate instructions) | 4 | 346,378 |
| 5 | Tax computed on amount on line 2 (see Table for Computing Tax in separate instructions) | 5 | 346,378 |
| 6 | Balance (subtract line 5 from line 4) .......... | 6 | 0 |
| 7 | Maximum unified credit (nonresident aliens, see instructions) ...... | 7 | 345,800 00 |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | 345,800 |
| 9 | Balance (subtract line 8 from line 7) .......... | 9 | 0 |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) ..... | 10 | |
| 11 | Balance (subtract line 10 from line 9) .......... | 11 | 0 |
| 12 | Unified credit (enter the smaller of line 6 or line 11) ....... | 12 | 0 |
| 13 | Credit for foreign gift taxes (see instructions) ........ | 13 | |
| 14 | Total credits (add lines 12 and 13) .......... | 14 | 0 |
| 15 | Balance (subtract line 14 from line 6) (do not enter less than zero) .... | 15 | 0 |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) ... | 16 | 0 |
| 17 | Total tax (add lines 15 and 16) .......... | 17 | 0 |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | 128,764 |
| 19 | If line 18 is less than line 17, enter **balance due** (see instructions) .... | 19 | |
| 20 | If line 18 is greater than line 17, enter **amount to be refunded** ..... | 20 | 128,764 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

Signature of donor _Lina Yanni_                    Date September 28, 04

**Paid Preparer's Use Only**

| Preparer's signature | Date Oct. 15, 04 | Check if self-employed ▶ ☐ |
|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Lauterbach Garfinkel Damast & Hollander, LLP, 35 East Grassy Sprain Rd - #301 Yonkers, NY 10710 | Phone no. ▶ 914-779-2211 |

(HTA)

EXHIBIT "A"

Form 709 (2003)          LINA Y,                    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                                    Page **2**

## SCHEDULE A          Computation of Taxable Gifts (Including Transfers in Trust) (see instructions)

**A** Does the value of any item listed on Schedule A reflect any valuation discount? If "Yes," see instructions  . . . . . Yes [X]  No [ ]

**B** [ ] ◄ Check here if you elect under section 529(c)(2)(B) to treat any transfers made this year to a qualified state tuition program as made ratably over a 5-year period beginning this year. See instructions. Attach explanation.

**Part 1—Gifts Subject Only to Gift Tax.** *Gifts less political organization, medical, and educational exclusions—see instructions*

| A<br>Item<br>number | B<br>• Donee's name and address<br>• Relationship to donor (if any)<br>• Description of gift<br>• If the gift was of securities, give CUSIP no. | C | D<br>Donor's adjusted<br>basis of gift | E<br>Date<br>of gift | F<br>Value at<br>date of gift | G<br>For split<br>gifts, enter<br>½ of<br>column F | H<br>Net transfer<br>(subtract<br>col. G from<br>col. F) |
|---|---|---|---|---|---|---|---|
| 1 | 136 West 74th Street, LLC<br><br>Employer ID No. of Trust: 13-7225657<br>SEE ANNEXED SCHEDULE "1" | | | 12/17/2003 | 74,998 | 0<br>0<br>0<br>0<br>0 | 74,998<br>0<br>0<br>0<br>0 |

*Gifts made by spouse—complete **only** if you are splitting gifts with your spouse and he/she also made gifts.*

| | | | | | | 0<br>0<br>0<br>0<br>0 | 0<br>0<br>0<br>0<br>0 |
|---|---|---|---|---|---|---|---|

Total of Part 1 (add amounts from Part 1, column H) . . . . . . . . . . . . . . . . . . . ► | 74,998

**Part 2—Direct Skips**—gifts that are direct skips and are subject to both gift tax and generation-skipping transfer tax. You must list the gifts in chronological order.

| A<br>Item<br>number | B<br>• Donee's name and address<br>• Relationship to donor (if any)<br>• Description of gift<br>• If the gift was of securities, give CUSIP no. | C<br>2632(b)<br>election<br>out | D<br>Donor's adjusted<br>basis of gift | E<br>Date<br>of gift | F<br>Value at<br>date of gift | G<br>For split<br>gifts, enter<br>½ of<br>column F | H<br>Net transfer<br>(subtract<br>col. G from<br>col. F) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | 0<br>0<br>0<br>0<br>0 | 0<br>0<br>0<br>0<br>0 |

*Gifts made by spouse—complete **only** if you are splitting gifts with your spouse and he/she also made gifts.*

| | | | | | | 0<br>0<br>0<br>0<br>0 | 0<br>0<br>0<br>0<br>0 |
|---|---|---|---|---|---|---|---|

Total of Part 2 (add amounts from Part 2, column H) . . . . . . . . . . . . . . . . . . . ► | 0

**Part 3—Indirect Skips**—gifts to trusts that are currently subject to gift tax and may later be subject to generation-skipping transfer tax. You must list these gifts in chronological order.

| A<br>Item<br>number | B<br>• Donee's name and address<br>• Relationship to donor (if any)<br>• Description of gift<br>• If the gift was of securities, give CUSIP no. | C<br>2632(c)<br>election<br>out | D<br>Donor's adjusted<br>basis of gift | E<br>Date<br>of gift | F<br>Value at<br>date of gift | G<br>For split<br>gifts, enter<br>½ of<br>column F | H<br>Net transfer<br>(subtract<br>col. G from<br>col. F) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | 0<br>0<br>0<br>0<br>0 | 0<br>0<br>0<br>0<br>0 |

*Gifts made by spouse—complete **only** if you are splitting gifts with your spouse and he/she also made gifts.*

| | | | | | | 0<br>0<br>0<br>0<br>0 | 0<br>0<br>0<br>0<br>0 |
|---|---|---|---|---|---|---|---|

Total of Part 3 (add amounts from Part 3, column H) . . . . . . . . . . . . . . . . . . . ► | 0

*(If more space is needed, attach additional sheets of same size.)*                          Form **709** (2003)

Form 709 (2003)    LINA Y.           .    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                              Page 3

**Part 4—Taxable Gift Reconciliation**

| | | | |
|---|---|---|---|
| 1 | Total value of gifts of donor (add totals from column H of Parts 1, 2, and 3) . . . . . . . . . | 1 | 74,998 |
| 2 | Total annual exclusions for gifts listed on line 1 (see instructions) . . . . . . . . . . . . | 2 | 77,000 |
| 3 | Total included amount of gifts (subtract line 2 from line 1) . . . . . . . . . . . . . . | 3 | 0 |

**Deductions** (see instructions)

| | | | | |
|---|---|---|---|---|
| 4 | Gifts of interests to spouse for which a marital deduction will be claimed, based on items _____ of Schedule A . . . . . . . . | 4 | | |
| 5 | Exclusions attributable to gifts on line 4 . . . . . . . . . . . | 5 | | |
| 6 | Marital deduction—subtract line 5 from line 4 . . . . . . . . . . . . | 6 | 0 | |
| 7 | Charitable deduction, based on items _____ less exclusions . | 7 | | |
| 8 | Total deductions—add lines 6 and 7 . . . . . . . . . . . . . . . | | 8 | 0 |
| 9 | Subtract line 8 from line 3 . . . . . . . . . . . . . . . . . . | | 9 | 0 |
| 10 | Generation-skipping transfer taxes payable with this Form 709 (from Schedule C, Part 3, col. H, Total) . | 10 | 0 |
| 11 | Taxable gifts (add lines 9 and 10). Enter here and on line 1 of the Tax Computation on page 1 . . . . . | 11 | 0 |

**SCHEDULE A**    **Computation of Taxable Gifts** *(continued)*

**12** **Terminable Interest (QTIP) Marital Deduction.** (See instructions for line 4 of Schedule A.)

If a trust (or other property) meets the requirements of qualified terminable interest property under section 2523(f), and

    **a.** The trust (or other property) is listed on Schedule A, and

    **b.** The value of the trust (or other property) is entered in whole or in part as a deduction on line 4, Part 4 of Schedule A,

then the donor shall be deemed to have made an election to have such trust or other property treated as qualified terminable interest property under section 2523(f).

    If less than the entire value of the trust (or other property) that the donor has included in Parts 1 and 3 of Schedule A is entered as a deduction on line 4, the donor shall be considered to have made an election only as to a fraction of the trust (or other property). The numerator of this fraction is equal to the amount of the trust (or other property) deducted on line 6 of Part 4, Schedule A. The denominator is equal to the total value of the trust (or other property) listed in Parts 1 and 3 of Schedule A.

    If you make the QTIP election (see instructions for line 4 of Schedule A), the terminable interest property involved will be included in your spouse's gross estate upon his or her death (section 2044). If your spouse disposes (by gift or otherwise) of all or part of the qualifying life income interest, he or she will be considered to have made a transfer of the entire property that is subject to the gift tax (see Transfer of Certain Life Estates on page 4 of the instructions).

**13** **Election Out of QTIP Treatment of Annuities**

☐ ◄ Check here if you elect under section 2523(f)(6) **NOT** to treat as qualified terminable interest property any joint and survivor annuities that are reported on Schedule A and would otherwise be treated as qualified terminable interest property under section 2523(f). (See instructions). Enter the item numbers (from Schedule A) for the annuities for which you are making this election    ►

**SCHEDULE B**    **Gifts From Prior Periods**

If you answered "Yes" on line 11a of page 1, Part 1, see the instructions for completing Schedule B. If you answered "No," skip to the Tax Computation on page 1 (or Schedule C, if applicable).

| A<br>Calendar year or<br>calendar quarter<br>(see instructions) | B<br>Internal Revenue office<br>where prior return was filed | C<br>Amount of unified<br>credit against gift tax<br>for periods after<br>December 31, 1976 | D<br>Amount of specific<br>exemption for prior<br>periods ending before<br>January 1, 1977 | E<br>Amount of<br>taxable gifts |
|---|---|---|---|---|
| 1988 | Holtsville, New York | 319,555 | | 932,704 |
| 1999 | Holtsville, New York | 0 | | 0 |
| 2000 | Holtsville, New York | 26,823 | | 68,705 |
| 2001 | Holtsville, New York | 0 | | 0 |
| 2002 | Holtsville, New York | 0 | | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Totals for prior periods . . . . . . . . . . . . | 1 | 346,378 | 0 | 1,001,409 |
| 2 | Amount, if any, by which total specific exemption, line 1, column D, is more than $30,000 . . . . . . . | 2 | | 0 |
| 3 | Total amount of taxable gifts for prior periods (add amount, column E, line 1, and amount, if any, on line 2). (Enter here and on line 2 of the Tax Computation on page 1.) . . . . . . . . . . . | 3 | | 1,001,409 |

*(If more space is needed, attach additional sheets of same size.)*                              Form **709** (2003)

Form 709 (2003)    LINA YANN.    066-5‹ _ 65    Page **4**

| SCHEDULE C | **Computation of Generation-Skipping Transfer Tax** |

**Note:** *Inter vivos direct skips that are completely excluded by the GST exemption must still be fully reported (including value and exemptions claimed) on Schedule C.*

**Part 1—Generation-Skipping Transfers**

| A<br>Item No.<br>(from Schedule<br>A, Part 2, col. A) | B<br>Value (from Schedule A,<br>Part 2, col. H) | C<br>Nontaxable<br>portion of transfer | D<br>Net Transfer (subtract<br>col. C from col. B) |
|---|---|---|---|
| 1 | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | | | 0 |
| **Gifts made by spouse (for gift splitting only)** | | | |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | 0 | | 0 |
| | | | 0 |

**Part 2—GST Exemption Reconciliation (Section 2631) and Section 2652(a)(3) Election**

Check box ► ☐ if you are making a section 2652(a)(3) (special QTIP) election (see instructions)
Enter the item numbers (from Schedule A) of the gifts for which you are making this election  ► - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| 1 | Maximum allowable exemption (see instructions) . . . . . . . . . . . . . . | 1 | 1,120,000 |
| 2 | Total exemption used for periods before filing this return . . . . . . . . . | 2 | |
| 3 | Exemption available for this return (subtract line 2 from line 1) . . . . . . . | 3 | 1,120,000 |
| 4 | Exemption claimed on this return (from Part 3, col. C total, below) . . . . . . | 4 | 0 |
| 5 | Allocation of exemption to transfers reported on Schedule A, Part 3 . . . . . | 5 | |
| 6 | Exemption allocated to transfers not shown on line 4 or 5, above. **You must attach a Notice of Allocation.** (See instructions.) . . . . . . . . . . . . . . . | 6 | |
| 7 | Add lines 4, 5, and 6 . . . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | Exemption available for future transfers (subtract line 7 from line 3) . . . . . | 8 | 1,120,000 |

**Part 3—Tax Computation**

| A<br>Item No.<br>(from Schedule<br>C, Part 1) | B<br>Net transfer<br>(from Schedule<br>C, Part 1, col. D) | C<br>GST Exemption<br>Allocated | D<br>Divide col. C<br>by col. B | E<br>Inclusion Ratio<br>(subtract col. D<br>from 1.000) | F<br>Maximum Estate<br>Tax Rate | G<br>Applicable Rate<br>(multiply col. E<br>by col. F) | H<br>Generation-Skipping<br>Transfer Tax<br>(multiply col. B by col. G) |
|---|---|---|---|---|---|---|---|
| 1 | 0 | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| 2 | 0 | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| 3 | 0 | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| 4 | 0 | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| 5 | 0 | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| 6 | 0 | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| | | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| | | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| | | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| | | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| | | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |
| | | | 0.000 | 1.000 | 0.49 | 0.490 | 0 |

Total exemption claimed. Enter here and on line 4, Part 2, above. May not exceed line 3, Part 2, above . . . . . . . 0

**Total generation-skipping transfer tax.** Enter here, on line 10 of Schedule A, Part 4, and on line 16 of the Tax Computation on page 1 . . . . . . . . . . . . . . . . 0

*(If more space is needed, attach additional sheets of same size.)*    Form **709** (2003)

**SCHEDULE A TO ___RM 709 - UNITED STATES GIFT X RETURN - 2003**

DONOR:                              LINA YANNI
Social Security #:                  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

Part 1 - Gifts Subject Only to Gift Tax

| Donee | Relationship | Gift | Value of Gift |
|---|---|---|---|
| ROSEANNE YANNI (formerly known as ROSEANNE YANNI-FEBBO) 11 Wampus Lake Drive Armonk, New York 10504 | Daughter | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |
| THE LINA YANNI IRREVOCABLE TRUST DATED DECEMBER 28, 1999 GIFT MADE FOR THE BENEFIT OF DONOR'S GRANDSON, DOMINIC JOHN FEBBO | Irrevocable Trust of Donor | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |
| THE LINA YANNI IRREVOCABLE TRUST DATED DECEMBER 28, 1999 GIFT MADE FOR THE BENEFIT OF DONOR'S GRANDSON, JOHN CHRISTIAN FEBBO | Irrevocable Trust of Donor | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |
| THE LINA YANNI IRREVOCABLE TRUST DATED DECEMBER 28, 1999 GIFT MADE FOR THE BENEFIT OF DONOR'S GRANDDAUGHTER, SOPHIA ROSE FEBBO | Irrevocable Trust of Donor | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |
| ANTOINETTE YANNI-BONAVISO 12 Fawn Lane Armonk, New York 10504 | Daughter | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |
| THE LINA YANNI IRREVOCABLE TRUST DATED DECEMBER 28, 1999 GIFT MADE FOR THE BENEFIT OF DONOR'S GRAND-DAUGHTER, LISA MARIA BONAVISO | Irrevocable Trust of Donor | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |

## SCHEDULE A TO FORM 709 - UNITED STATES GIFT TAX RETURN - 2003 Continued

DONOR:                          LINA YANNI
Social Security #:              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

Part 1 - Gifts Subject Only to Gift Tax

| Donee | Relationship | Gift | Value of Gift |
|---|---|---|---|
| THE LINA YANNI IRREVOCABLE TRUST DATED DECEMBER 28, 1999 GIFT MADE FOR THE BENEFIT OF DONOR'S GRAND-DAUGHTER, FRANCESCA ANN BONAVISO | Irrevocable Trust of Donor | 4.375 units in the limited liability company known as 136 West 74th Street, LLC made on December 17, 2003 | $ 10,714.00 |

1\TaxSched\709-Yanni-2003

**SCHEDULE "2" TO FORM 709 - UNITED STATES GIFT TAX RETURN - 2003**

DONOR:                    LINA YANNI
Social Security #:        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

Donor filed Form 709, United States Gift Tax Return for calendar year 1988 and paid the sum of $117,004.56 in connection therewith. See attached Exhibit "A".

Said 1988 gift tax return was examined and as a result thereof Donor and the Internal Revenue Service agreed to an increase in tax of $9,750.00 to which the additional sum of $2,587.64 in interest was imposed and paid (total $12,337.64). See attached Exhibit "B".

Accordingly, Donor has paid the following amounts in connection with gift tax for 1988:

| | |
|---|---|
| March 30, 1989 | $117,004.56 |
| June 13, 1991 | 12,337.64 |
| | $129,342.20 |

Based on the computed gift tax for 2002 in the sum of $578.00 (i.e. the gift tax on the $1,001,409.00 less the $1,000,000.00 gift tax exemption), Donor is entitled to a refund in the sum of $128,764.00.

1\TaxSched\709 (2)-Yanni-2003

Form **709**
(Rev. June 1985)
Department of the Treasury
Internal Revenue Service

# United States Gift Tax Return

(Section 6019 of the Internal Revenue Code) (For gifts made after December 31, 1981, and before January 1, 1988)

**Calendar year 19 88**

► For "Privacy Act" Notice, see the Instructions for Form 1040.

OMB No. 1545-0020
Expires 4-30-88

| Donor's first name and middle initial | Donor's last name | Social security number |
|---|---|---|
| LINA | YANNI | 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 |

| Address (number and street) | Domicile |
|---|---|
| 31 Durst Place | New York |

| City, State, and ZIP code | Citizenship |
|---|---|
| Yonkers, New York 10704 | U.S.A. |

If the donor died during the year, check here ► ☐ and enter date of death _____, 19 ____

If you received an extension of time to file this Form 709, check here ► ☐ and attach the Form 4868, 2688, 2350 or extension letter.

| | Yes | No |
|---|---|---|
| If you (the donor) filed a previous Form 709 (or 709-A), has your address changed since the last Form 709 (or 709-A) was filed? | | |

**A** Gifts by husband or wife to third parties.—Do you consent to have the gifts made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) . . . . . .

*(If the answer is "Yes," the following information must be furnished and your spouse is to sign the consent shown below. If the answer is "No," skip lines 1-5 and go to Schedule A.)*

| 1a Name of consenting spouse | 1b Social security number |
|---|---|
| | |

**2** Were you married to one another during the entire calendar year? (see instructions) . . . . . . . .

**3** If the answer to 2 is "No," check whether ☐ married ☐ divorced or ☐ widowed, and give date (see instructions) ►

**4** Will a gift tax return for this calendar year be filed by your spouse? . . . . . . . . . . . .

**5** Consent of Spouse—I consent to have the gifts made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent.

Consenting spouse's signature ►                     Date ►

| | | | | |
|---|---|---|---|---|
| **1** | Enter the amount from Schedule A, line 13 . . . . . . . . . | **1** | 907,704 | 00 |
| **2** | Enter the amount from Schedule B, line 3 . . . . . . . . . | **2** | – | |
| **3** | Total taxable gifts (add lines 1 and 2) . . . . . . . . . | **3** | 907,704 | 00 |
| **4** | Tax computed on amount on line 3 (see Table A in separate instructions) | **4** | 309,804 | 56 |
| **5** | Tax computed on amount on line 2 (see Table A in separate instructions) | **5** | – | |
| **6** | Balance (subtract line 5 from line 4) . . . . . . . . . | **6** | 309,804 | 56 |
| **7** | Enter the unified credit from Table B (see instructions) . . . . | **7** | 192,800 | 00 |
| **8** | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. (c)) | **8** | | |
| **9** | Balance (subtract line 8 from line 7) . . . . . . . . . | **9** | 117,004 | 56 |
| **10** | Enter 20% of the amount allowed as specific exemption after September 8, 1976, and before January 1, 1977 (see instructions) . . . . . . . . . | **10** | | |
| **11** | Balance (subtract line 10 from line 9) . . . . . . . . . | **11** | 117,004 | 56 |
| **12** | Unified credit (enter the smaller of line 6 or line 11) . . . . | **12** | | |
| **13** | Credit for foreign gift taxes (see instructions) . . . . . . | **13** | | |
| **14** | Total credits (add lines 12 and 13) . . . . . . . . . | **14** | | |
| **15** | Balance (subtract line 14 from line 6) (do not enter less than zero) . | **15** | 117,004 | 56 |
| **16** | Gift taxes prepaid with extension of time to file . . . . . . | **16** | | |
| **17** | If line 16 is less than line 15, enter BALANCE DUE (see instructions) . | **17** | 117,004 | 56 |
| **18** | If line 16 is greater than line 15, enter AMOUNT TO BE REFUNDED . | **18** | | |

*(left margin)* Tax Computation — Please attach check or money order here

Please attach the necessary supplemental documents; see instructions.

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

Donor's signature ► *Lina Yanni*                     Date ► March 30, 1989

Preparer's signature (other than donor) ►                     Date ► 3/30/89

Preparer's address (other than donor) ►
LEON A. LAUTERBACH
20 South Broadway, Yonkers, N.Y. 10701

For Paperwork Reduction Act Notice, see page 1 of the separate instructions to this form.

Form **709** (Rev 6-85)

*(handwritten at bottom)* EXHIBIT "A" TO SCHEDULE "2" OF FORM 709 FOR 2003

**LINA YANNI**
**ROSEANNE YANNI**
31 DURST PLACE
YONKERS, N.Y.   10704

185

1-12
210

*April 14* 19*89*

Pay to the
Order of *Internal Revenue Service*          $ 117,004.⁵⁶/ₓₓ

*One hundred seventeen thousand   four and* ⁵⁶/ₓₓ ————— Dollars

**CHEMICALBANK**
280 COLUMBUS AVENUE, NEW YORK, N.Y. 10023

For  LINA YANNI 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        *Roseanne Yanni*
        GIFT TAX

⑆0210001281⑆ 085⑈284076⑈ 0185

Internal Revenue Service
District Director

Department of the Treasury
P.O. Box   3 0 0
Church Street Station
New York, New York   10008

Date: **MAY - 9 1991**

Tax Year Ended:
12/31/88

Form Number:
709 Gift

Person to Contact:
F. Kearney

Contact Telephone Number:
(212) 264-5020

▷ Lina Yanni
c/o Leona Lauterbach, Esq.
20 South Broadway
Yonkers, New York 10701

Dear Madam:

   We have enclosed a copy of our report of examination of your return for the above year.

   This report, which is for your information and files, reflects adjustments previously discussed with you. If you have any questions, please contact the person whose name and telephone number are shown above.

   Thank you for your cooperation.

Sincerely yours,

District Director

Enclosure:
Examination Report

District Director, Manhattan District

Letter 920 (DO) (7-77)



**Department of the Treasury**
**Internal Revenue Service**
HOLTSVILLE, NY   00501

Date of this notice:    JUNE 10, 1991
Taxpayer Identifying Number    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
Form: 709                Tax Period: DEC. 31, 1988

For assistance you may
call us at:

732-0100        BX., MAN.
596-3770        ST. ISLAND
1-800-829-1040  OTHER NY

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

LINA YANNI
%LEON A LAUTERBACH
20 S BROADWAY ROOM 401
YONKERS NY   10701

Or you may write to us at
the address shown at the
left. If you write, be
sure to attach the bottom
part of this notice.

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT                $.00

ADJUSTMENT COMPUTATION

TAX-INCREASE                              $9,750.00

INTEREST CHARGED                           2,587.64
NET ADJUSTMENT  CHARGE                              12,337.64

BALANCE DUE                                     $12,337.64

$2,587.64 INTEREST - SEE ENCLOSED NOTICE, CODE 09
PAYMENTS - SEE ENCLOSED NOTICE, CODE 16
ADDITIONAL INTEREST CHARGES - SEE ENCLOSED NOTICE, CODE 19

To make sure that IRS employees give courteous responses and correct information to taxpayers, a second IRS employee sometimes listens in on telephone calls.
**Keep this part for your records**

Overlay 6 Form 8488 (Rev.

# LAUTERBACH AND GARFINKEL
### COUNSELLORS AT LAW

EDWARD LAUTERBACH (1916-1958)
LEON A. LAUTERBACH
(MEMBER OF NEW YORK AND FLORIDA BARS)
HOWARD GARFINKEL

———————
ESTHER E. MILDNER

20 SOUTH BROADWAY
YONKERS, N. Y. 10701-3794
(AREA CODE 914) 963-6688
TELECOPIER 914-963-7537

April 24, 1991

Internal Revenue Service
Department of the Treasury
P.O. Box 3100
Church Street Station
New York, New York 10008

Attention:  Mr. Franklin R. Kearney
            Examination Division - Estate Tax

Re:  Gift of Lina Yanni
     Tax Period:  December 31, 1988

Dear Mr. Kearney:

We are enclosing herewith the Waiver of Restrictions on
Assessment and Collection of Deficiency and Acceptance of
Overassessment for the gift tax by our above named client.

Because I originally settled this matter with Mr. J. Schertzman
approximately six months ago, I would appreciate it if the
concluding phase of this matter can now be handled expeditiously
since I must report the same on conclusion to the State of New
York.

I want to thank you for your cooperation and courtesy.

Cordially,

LAUTERBACH and GARFINKEL

Leon A. Lauterbach

LAL:jz
Enc.

| Form 890 (Rev. January 1985) | Waiver of Restrictions on Assessment and Collection of Deficiency and Acceptance of Overassessment — Estate and Gift Tax | Date Received by Internal Revenue Service |
|---|---|---|

*(Please see the instructions on the back of this form)*

**Part 1. Consent to Assessment and Acceptance of Overassessment**

I consent to the immediate assessment and collection of any deficiencies *(increase in tax and penalties)* and accept any overassessment *(decrease in tax and penalties)* shown below, plus any interest provided by law. I understand that by my signing this waiver, a petition to the United States Tax Court may not be made, unless additional deficiencies are determined.

Date of Death xx
Period Ending: **December 31, 1988**

| Item | Increase | Decrease |
|---|---|---|
| Tax | $9,750.00 | |
| Penalty | | |
| Total | $9,750.00 | |

If the estate is required to file with the District Director of Internal Revenue evidence of payment of estate, inheritance, legacy, or succession taxes to any State or the District of Columbia, I understand that such evidence must be filed by _ _ _ _ _ _ _ , or the credits for these taxes will not be allowed. I also agree to the assessment and collection of the increase in estate tax and penalties of $ _ _ _ _ _ based on the disallowed credits, plus interest figured to the 30th day after _ _ _ _ _ _ _ _ or until this increase is assessed, whichever is earlier.

Estate of

| | Sign here ▶ By | Date |
|---|---|---|
| **Executor or Administrator** | Address | |

| | Sign here ▶ By | Date |
|---|---|---|
| **Executor or Administrator** | Address | |

| **Donor** | Name LINA YANNI | Address 31 Durst Place Yonkers, New York 10704 |
|---|---|---|
| **Donor's Signature** | Sign here ▶ By *Lina Yanni* | Date 4/24/91 |

Form **890** (Rev. 1-85)

**Internal Revenue Service**

Department of the Treasury
P. O. Box 3100
Church Street Station
New York, New York 10008

District
Director

Person to Contact: Franklin R. Kearney

Leon A. Lauterbach, Esq.
20 South Broadway
Yonkers, New York  10701

Telephone Number: (212) 264-5020

Refer Reply to:    E:E:5:1528:FK

Date: April 15, 1991

              Re:  Gift of Lina Yanni
                   Tax Period:  8812

Dear Mr. Lauterbach:

       Enclosed are the following:

       1. Form 890 Waiver of Restrictions on Assessment and Collection of
          Deficiency and Acceptance of Overassessment - Estate and Gift Tax

       2. Form 3231A Preliminary Statement

       3. Form 3233 Report of Gift Tax Examination

       4. Form 886A Explanation of Items

       All of the forms are subject to review by our Review Staff.

       If you have any questions, please call me at the above telephone number.

       If you agree with these adjustments, please have the Donor sign form 890
and return it to me.

       Thank you for your cooperation.

                              Sincerely,

                              Franklin R. Kearney
                              Examination Division
                              Estate TAx

Enclosures

| Form 3231A (Rev. August 1976) (CG) | Department of the Treasury - Internal Revenue Service PRELIMINARY STATEMENT | [ ] Estate Tax [X] Gift Tax |
|---|---|---|

| Name of Decedent or Donor Lina Yanni | Social Security Number 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 |
|---|---|

Statement of Tax Liability

| Gift Tax Year | Tax Previously Assessed | Correct Tax Liability | Increase (Decrease) In Tax | Penalties Increase (Decrease) |
|---|---|---|---|---|
| 1988 | $117,004.56 | $126,754.56 | $9,750.00 | |
| | | *Changes - Subject to review* | | |
| Total | $117,004.56 | $126,754.56 | $9,750.00 | |

| Net Increase (Decrease) $9,750.00 | Agreement Secured [X] Yes [ ] No | Name of Person With Whom Findings Were Discussed Leon A. Lauterbach, Esq. |
|---|---|---|

Remarks

The principal reason for changes is increase in the value of real estate.

Table of Contents:
    Schedule 1  Report of Gift Tax Examination
    Schedule 1A Explanation of Items

| Examiner Franklin R. Kearney | Examining District Manhattan | Date 4/16/1991 |
|---|---|---|

Form 3231A (Rev. August 1976)(CG) PAGE 19 3

| Form 3233<br>(Rev. June 1977) (CG) | Department of the Treasury - Internal Revenue Service<br>REPORT OF GIFT TAX EXAMINATION | | Schedule Number<br>1 |
|---|---|---|---|

| Donor<br>Lina Yanni | | | Calendar Quarter Ending<br>1988 |
|---|---|---|---|
| Item | | Shown on Return | Corrected |
| 1. Total gifts of donor | | $927,704.00 | $952,704.00 |
| 2. Less amount attributable to spouse | | $0.00 | $0.00 |
| 3. Balance | | $927,704.00 | $952,704.00 |
| 4. Gifts of spouse to be included | | $0.00 | $0.00 |
| 5. Total Gifts | | $927,704.00 | $952,704.00 |
| 6. Less total exclusions | | $20,000.00 | $20,000.00 |
| 7. Total included amount of gifts | | $907,704.00 | $932,704.00 |
| 8. Deductions | | //////////////// | //////////////// |
| (a) Charitable gifts   On Return | $0.00 | //////////////// | //////////////// |
| Corrected | $0.00 | //////////////// | //////////////// |
| (b) Marital deduction   On Return | $0.00 | //////////////// | //////////////// |
| Corrected | $0.00 | //////////////// | //////////////// |
| 9. Total deductions<br>(Add amounts on Lines 8(a) and (b)) | | $0.00 | $0.00 |
| 10. Amount of taxable gifts<br>(Subtract the amount on line 9 from the amount on line 7.) | | $907,704.00 | $932,704.00 |
| 11. Total taxable gifts for prior periods | | $0.00 | $0.00 |
| 12. Total taxable gifts | | $907,704.00 | $932,704.00 |
| 13. Tax computed on amount on line 12 | | $309,804.56 | $319,554.56 |
| 14. Tax computed on amount on line 11 | | $0.00 | $0.00 |
| 15. Total tax payable on taxable gifts<br>(Subtract amount on line 14 from amount on line 13) | | $309,804.56 | $319,554.56 |
| 16. Unified credit from Table B | | $192,800.00 | $192,800.00 |
| 17. Unified credit against gift tax allowable for prior quarters | | $0.00 | $0.00 |
| 18. Balance<br>(Subtract amount on line 17 from amount on line 16) | | $192,800.00 | $192,800.00 |
| 19. 20% of amount allowed as specific exemption after Sept. 8, 1976 | | $0.00 | $0.00 |
| 20. Balance<br>(Subtract amount on line 17 from amount on line 16) | | $192,800.00 | $192,800.00 |
| 21. Unified credit<br>(Lesser of amount on line 15 or 20) | | $192,800.00 | $192,800.00 |
| 22. Credit for foreign gift taxes | | $0.00 | $0.00 |
| 23. Total<br>(Add amounts on lines 21 and 22) | | $192,800.00 | $192,800.00 |
| 24. Tax due<br>(Subtract amount on line 23 from amount on line 15) | | $117,004.56 | $126,754.56 |
| 25. Tax previously assessed | | //////////////// | $117,004.56 |
| 26. [X] Increase in tax   [ ] Decrease in tax | | //////////////// | $9,750.00 |

*Changes to correct to subject to review*

Form 3233 (Rev. June 1977) (CG) Page 2 of 3

| Form 886-A | | EXPLANATION OF ITEMS | SCHEDULE NO. OR EXHIBIT *1A* |
|---|---|---|---|
| (Rev. April 1968) (CG) | | | |
| NAME OF TAXPAYER | Lina Yanni | | YEAR/PERIOD ENDED 1988 |

## Total Gifts of Donor

|  | Returned | Corrected |
|---|---|---|
| 1. Total Gifts of Donor | $927,704.00 | $952,704.00 |
| Increase | 25,000.00 | |
|  | $952,704.00 | $952,704.00 |
|  | =========== | =========== |

*Changes Subject to review*

Total gifts of donor consisted of real estate located at 126-128-130 West 74th Street, New York, New York.  The three contiguous properties are improved by a four story, three story and four story, each with basement and cellar brick respectively.  The value returned and the determined value per our Valuation Section for each property is as follows:

| Description | Value Returned | Value Determined |
|---|---|---|
| 126 West 74th Street, New York, N.Y. | $200,000.00 | $225,000.00 |
| 128 West 74th Street, New York, N.Y. | 675,000.00 | 675,000.00 |
| 130 West 74th Street, New York, N.Y. | 250,000.00 | 250,000.00 |
|  | $1,125,000.00 | $1,150,000.00 |
| Less Mortgage | 197,296.00 | 197,296.00 |
| Total Value of Gifts | $927,704.00 | $952.704.00 |
|  | ============== | ============== |

Total value of gifts are adjusted to reflect the fair market value as of the date of the gift pursuant to section 2512 of the Internal Revenue Code.



**CHASE**

The Chase Manhattan Bank
National Association
New York, NY 10081

1-2
210

Branch No. 016

**No.** 2724471

June 12 1991

Official Check

Pay to the
order of ******Internal Revenue Service********$ 12,337.64**********

C.M.B.N.A. I 2337 DOLS 64 CTS
BR.16

LINA YANNI
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
FORM 709 1988

Authorized Signature

Patricia Ann Eddy -TM
Print Name

BNT 13 Rev. 8-90

⑈2724471⑈ ⑈021000021⑈ 912 6 000018⑈ 24

Mila
6/13/91