UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

LINA YANNI,

                        Plaintiff,

    -against-

THE UNITED STATES DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE,

                        Defendant.

-----------------------------------------------------------------------------x

AFFIDAVIT OF
PERSONAL SERVICE
OF SUMMONS AND
COMPLAINT

Case No. 07 CIV 11097

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER ) ss.:

BATSHEVA BACHARACH, being duly sworn, deposes and says:

1. I am not a party to the above action, I am over the age of 18 years and I reside in the State of New York.

2. On December 18, 2007 at 12.20 p.m. at The United States Department of the Treasury Internal Revenue Service, 210 East Post Road, White Plains, New York 10601, I served the Summons and Complaint in the above action, each dated December 7, 2007, upon Charles P. Vassallo, a duly authorized representative of the defendant, by delivering a true copy of each to him personally. I knew the person so served was Charles P. Vassallo since he identified himself as Charles P. Vassallo.

3. I describe Charles P. Vassalo as follows:

        White male, gray hair, brown eyes; approximately 5 feet 10 inches in height; average weight; approximately 55 years of age.

4. Mr. Vassallo was wearing civilian clothing at the time he was served. I did not make any inquiry whether he was in the military service of the United States or of the State of New York.

_Batsheva Bacharach_
Batsheva Bacharach

Sworn to before me this
19 day of December, 2007

Notary Public

HOWARD I. GARFINKEL
Notary Public, State of New York
No. 02GA4791216
Qualified in Westchester County
Commission Expires September 30, 20 09