UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LINA YANNI,

                           Plaintiff,

-against-

THE UNITED STATES DEPARTMENT OF THE
TREASURY INTERNAL REVENUE SERVICE,

                           Defendant.
------------------------------------------------------------------x

AFFIDAVIT OF SERVICE
BY CERTIFIED MAIL -
RETURN RECEIPT REQUESTED

Case No. 07 CIV 11097

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER    )ss.:

      The undersigned, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and resides at 617 West 227th Street, Bronx, New York.

      That on April 14, 2008 deponent served the annexed SUMMONS and the COMPLAINT dated December 18, 2007 upon:

| | |
|---|---|
| MATTHEW SCHWARTZ, ESQ. | DEPARTMENT OF JUSTICE |
| United States Attorney's Office | Room B-103 |
| 86 Chamber Street, 3rd Floor | 950 Pennsylvania Avenue, NW |
| New York, New York 10007 | Washington, D.C. 20530-0001 |

the address designated by said attorney(s) or party for that purpose, or the last known address for said attorney(s) and/or party, by depositing a true copy of same enclosed in a properly addressed envelope postpaid, designated "certified mail – return receipt requested", in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Annexed hereto are the receipts for each certified mailing stamped by the Post Office on the date of mailing and the green return receipt cards.

None of the envelopes have been returned as undeliverable.

                                                           _Batsheva Bacharach_
                                                            Batsheva Bacharach

Sworn to before me this
15 day of April, 2008

_____
Notary Public

FAITH SANCIMINO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4900877
QUALIFIED IN WESTCHESTER COUNTY
TERM EXPIRES FEBRUARY 22, 20 10

(9602)
3\affserv\Yanni-USDeptTreasury) (SummonsComplaint) CM-RRR



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 0100 0005 0837 6456

NEW YORK NY 10007 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.48 | 0146 |
| Certified Fee | $2.65 | 02 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 04/14/2008 |

Sent To Matthew Schwartz, Esq.
US Attorney's Office
Street, Apt. No.; or PO Box No. 86 Chambers St., 3rd Fl.
City, State, ZIP+4 New York, NY 10007

PS Form 3800, June 2002 • See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew Schwartz, Esq.
United States Attorney's Office
86 Chambers St., 3rd Fl.
New York, N.Y. 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T Ford ☐ Agent ☐ Addressee

B. Received by (Printed Name) T Ford
C. Date of Delivery 4-17-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7006 0100 0005 0837 6456

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ $1.48 | 0146 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | APR 14 2008 |
| Total Postage & Fees | $ $6.28 | 04/14/2008 |

Sent To: Department of Justice
Street, Apt. No.; Room B-103
or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002       See Reverse for Instructions

7006 0100 0004 8555 5363

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Justice
Room B-103
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 21 2008

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7006 0100 0004 8555 5363

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540